AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:23-mj-252-EJY |
| | ) | |
| JASON MATTHEW MCDOWELL | ) | Charging District:   Central District of California |
| *Defendant* | ) | Charging District's Case No.  8:23-cr-31-FWS |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | California Central District Court Ronald Reagan Federal Building and United States Courthouse 411 West Fourth Street, Santa Ana, CA 92701 | Courtroom No.:  TBD |
|---|---|---|
| | | Date and Time:  TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  <u>March 29, 2023</u>

_Elayna J Youchah_
*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*



_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 9 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY